FILED
JUN 22 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 1:05MJ45A |
| | ) | MISC. NO. 1:05MJ44A |
| JOSE EGURROLA PEREZ, | ) | |
| aka ARTURO PEREZ | ) | |
| MARTIN ALONSO SALAZAR RIVIERA | ) | |

GOVERNMENT'S MOTION TO DISMISS THE
COMPLAINTS AND ARREST WARRANTS WITHOUT PREJUDICE

Comes now the United States of America and moves to dismiss the complaints and arrest warrants in the above entitled matter pursuant to Federal Rule of Criminal Procedure 48(a). In support of said motion, the government states that the defendants have been fugitives for over two years and are believed to reside in Mexico. In light of the fact that the offenses alleged in the Criminal Complaint occurred in 2003, the government has decided not to pursue charges at this time.

Wherefore, the government prays that the Complaints and Arrest Warrants be dismissed without prejudice.

Respectfully Submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

So Ordered:

LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE

DATED:________________________