988557

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED MAR 03 2005 MARSHALS SERVICE DISTRICT OF R.I.

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

JOSE EGURROLA-PEREZ a/k/a Arturo Perez

## WARRANT FOR ARREST

CASE NUMBER: 1:05M45A

REDACTED

To:

and any Authorize

YOU ARE HEREBY COMMANDED to arrest JOSE EGURROLA-PEREZ a/k/a Arturo Perez
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
distribution of marijuana and conspiracy to distribute marijuana

in violation of Title 21 United States Code, Section(s) 841(a)(1) & 846

LINCOLN D. ALMOND
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

03-01-2005 PROVIDENCE, RHODE ISLAND
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and ~~executed with the arrest of the above-named defendant~~ at returned unexecuted; Gov's motion to dismiss granted by USMJ Almond | | |
| DATE RECEIVED 03/03/2005 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER Hal Wyant |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.